Reap. Dec. 10101.—Geo. S. Bush & Co., Inc. *v.* United States, ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ Motion by plaintiff.

Reap. Dec. 10102.—American Roland Corporation *v.* United States, ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ Motion by plaintiff.